FILED
2004 Dec-13 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      MIDDLE DIVISION
                                }
LOLA HITHON,                    }
                                }
     Plaintiff,                 }
                                }
v.                              }   CIVIL ACTION NO.
                                }   02-AR-1835-M
TYSON FOODS, INC.,              }
                                }
     Defendant.                 }
                                }
```

## ORDER

In accordance the accompanying memorandum opinion, plaintiff's motion pursuant to Rule 60(b)(6), F.R.Civ.P, is DENIED.

**The clerk shall transmit a copy of this order to the Clerk of the Eleventh Circuit.**

DONE this 13th day of December, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE